# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CASEY, | 1:07-CV-01733 LJO SMS HC |
| Petitioner, | ORDER VACATING MOTION HEARING DATE SET FOR MARCH 19, 2008 AT 8:30 A.M. |
| v. | |
| | [Doc. 11] |
| DERRAL ADAMS, Warden | |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner is represented by Marilee Marshall, Esq.

On February 11, 2008, Respondent filed a motion to dismiss the instant petition, and noticed the motion for hearing on March 19, 2008, at 8:30 a.m. before the undersigned. (Court Doc. 11.) Petitioner filed an opposition on February 11, 2008.

Pursuant to this Court's order of December 13, 2007, stating "All motions shall be submitted on the record and briefs filed without oral argument unless otherwise ordered by the Court. Local Rule 78-230(h)[,]" the hearing date is HEREBY VACATED. In accordance with the usual practice of this Court, the motion is referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B), for Findings and Recommendation, without oral argument, unless ordered otherwise.

IT IS SO ORDERED.

Dated:   February 12, 2008          /s/ Lawrence J. O'Neill
                                    UNITED STATES DISTRICT JUDGE