# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CASEY, | 1:07-CV-01733 LJO SMS HC |
|              Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT REPLY TO PETITIONER'S |
|    v. | OPPOSITION |
| | [Doc. 12] |
| DERRAL ADAMS, Warden | |
|              Respondent. | |
| _____/ | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.   Petitioner is represented by Marilee Marshall, Esq.

Now pending before the Court is Respondent's motion to dismiss, filed February 11, 2008.  On this same date, Petitioner filed an opposition to Respondent's motion.  (Court Doc. 12.)  Respondent has not filed a reply.  Based on the contentions raised by Petitioner in his opposition, the Court finds a reply by Respondent will be helpful.  Accordingly, it is HEREBY ORDERED that within **twenty (20)** days from the date of service of this order, Respondent shall file a reply to Petitioner's opposition.

IT IS SO ORDERED.

**Dated:    March 28, 2008**                     **/s/ Sandra M. Snyder**
                                          UNITED STATES MAGISTRATE JUDGE