# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUBEN CASEY, | 1:07-CV-01733 LJO SMS HC |
| Petitioner, | ORDER GRANTING RESPONDENT'S REQUEST TO WITHDRAW MOTION TO DISMISS (Document #11) AND GRANTING RESPONDENT FORTY-FIVE DAYS FROM THE DATE OF SERVICE OF THIS ORDER TO FILE ANSWER TO PETITION |
| v. | |
| DERRAL ADAMS, Warden | |
| Respondent. | [Docs. 11, 12, 15] |

   Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner is represented by Marilee Marshall, Esq.

   Petitioner filed the instant petition for writ of habeas corpus on November 29, 2007. (Court Doc. 1.)  Respondent filed a motion to dismiss the petition as untimely on February 11, 2008. (Court Doc. 11.)  Petitioner filed an opposition to the motion on the same date.  (Court Doc. 12.)  On March 31, 2008, the Court directed Respondent to file a reply to Petitioner's opposition.  (Court Doc. 14.)  Petitioner filed a reply to the opposition on April 21, 2008.  (Court Doc. 15.)  In his reply, Respondent states that "[i]n light of counsel's declaration and exhibits, Respondent believes the federal petition was filed in good faith."  (Reply, at 3.)

///
///
///
///

Accordingly, it is HEREBY ORDERED that:

1. Respondent's request to withdraw his motion to dismiss is GRANTED; and,
2. Within forty-five (45) days from the date of service of this order, Respondent shall file an answer to the petition.

IT IS SO ORDERED.

**Dated:   April 23, 2008**                              /s/ Sandra M. Snyder
                                                                         UNITED STATES MAGISTRATE JUDGE