# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| **RUBEN CASEY**, <br>                     Petitioner, <br> vs. <br> **DERRAL G. ADAMS, Warden**, <br>                     Respondent. | CASE NO.  1:07cv1733-BTM (LSP) <br><br> **ORDER STAYING PETITION** |

     Petitioner Ruben Casey, a state prisoner serving seven years to life for first degree murder, burglary and robbery, seeks a 28 U.S.C. § 2254 writ of habeas corpus following the Governor's reversal of a grant of probation to Casey by the Parole Board.  The legal issues material to the resolution of Casey's Petition will be clarified when the Ninth Circuit issues its opinion based on a rehearing of *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008).  Accordingly, **IT IS HEREBY ORDERED** that the Petition is **STAYED** pending the *Hayward* decision..

     **IT IS SO ORDERED**.

DATED: August 27, 2009

*signature*

Honorable Barry Ted Moskowitz <br>
United States District Judge